**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COX COMMUNICATIONS, INC., et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SPRINT COMMUNICATIONS COMPANY ) <br> L.P., et. al. ) <br> ) <br> Defendants. ) <br> ) | Civ. A. No. 12-487-SLR <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF DEPOSITION OF STEPHEN CASNER**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and District of Delaware Local Rule 30.1, Plaintiffs, by and through their attorneys, will take the deposition of Stephen Casner before a notary public or other officer authorized by law to administer oaths, and it will be recorded by stenographic and/or videographic means. The deposition will commence on March 10, 2015, at 1:00 p.m. or at such other date and time as agreed to by the parties, and shall continue from day to day until completed, Saturdays, Sundays, and holidays excepted, at the offices of Winston & Strawn LLP, 275 Middlefield Road, Suite 205, Menlo Park, CA 94025, or at some other mutually agreeable location.

|  |  |
|---|---|
|  | PHILLIPS, GOLDMAN & SPENCE, P.A |
| Date:  February 6, 2015 | */s/ David A. Bilson* |
|  | John C. Phillips, Jr. (#110) |
| Of Counsel: | David A. Bilson (#4986) |
| WINSTON & STRAWN LLP | 1200 North Broom Street |
| Michael L. Brody | Wilmington, De 19806 |
| Brian J. Nisbet | (302) 655-4200 (t) |
| James Winn | (302) 655-4210 (f) |
| 35 W. Wacker Drive | jcp@pgslaw.com |
| Chicago, IL 60601-9703 | dab@pgslaw.com |
| (312) 558-5600 (t) / (312) 558-5700 (f) |  |
|  | Attorneys for Plaintiffs |
| David S. Bloch |  |
| 101 California Street |  |
| San Francisco, CA 94111-5802 |  |
| (415) 591-1452 (t) / (415) 591-1400 (f) |  |
|  |  |
| Pejman F. Sharifi |  |
| Krishnan Padmanabhan |  |
| 200 Park Avenue |  |
| New York, NY 10166-4193 |  |
| (212) 294-6700 (t) / (212) 294-4700 (f) |  |
|  |  |
| Jude J. Andre |  |
| 1111 Louisiana Street, 25th Floor |  |
| Houston, TX 77002-5242 |  |
| (713) 651-2600 (t) / (713) 651-2700 |  |