**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COX COMMUNICATIONS INC., et al.,<br><br><br>Plaintiffs,<br><br><br>v.<br><br><br>SPRINT COMMUNICATIONS COMPANY L.P., et al.,<br><br><br>Defendants. | C.A. No. 12-487 SLR<br><br><br>JURY TRIAL DEMANDED |

**JOINT APPENDIX TO BRIEFS ON CLAIM CONSTRUCTION OF**
**"PROCESSING SYSTEM" AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, GOLDMAN & SPENCE, P.A
1200 North Broom Street
Wilmington, De 19806
(302) 655-4200
jcp@pgslaw.com
dab@pgslaw.com

Richard K. Hermann (#405)
Mary B. Matterer (#2607)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

WINSTON & STRAWN LLP

Michael L. Brody (pro hac vice)
James Winn (pro hac vice)
Jaime Simon (pro hac vice)
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600 (t) / (312) 558-5700 (f)
Mbrody@winston.com
Jwinn@winston.com

David S. Bloch (pro hac vice)
101 California Street
San Francisco, CA 94111-5802
(415) 591-1452 (t) / (415) 591-1400 (f)
Dbloch@winston.com

Pejman F. Sharifi (pro hac vice)
Krishnan Padmanabhan (pro hac vice)
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700 (t) / (212) 294-4700 (f)
Psharifi@winston.com
Kpadmanabhan@winston.com

*Attorneys for Plaintiffs*

SHOOK, HARDY & BACON LLP

B. Trent Webb (pro hac vice)
Aaron Hankel (pro hac vice)
Ryan Schletzbaum (pro hac vice)
Lynn Herndon (pro hac vice)
Ryan D. Dykal (pro hac vice)
225 Grand Boulevard
Kansas City, Missouri, 64108-2643
(816) 474-6550 (t) / (816)474-5547

Robert Reckers (pro hac vice)
Matthew Broaddus (pro hac vice)
JP Morgan Chase Tower
600 Travis Street
Suite 3400
Houston, TX 77022-2922
(713) 227-8008 (t) / (713) 227-9508 (f)

*Attorneys for Defendants*

Dated: April 9, 2015

## TABLE OF CONTENTS

| EXHIBIT TAB | DESCRIPTION | PAGE |
|---|---|---|
| 1 | U.S. Patent No. 4,720,850 | JA0001 - 61 |
| 2 | U.S. Patent No. 6,016,343 | JA0062 - 350 |
| 3 | Sprint's submission to the U.S. Patent Office regarding application number 09/082,182 excerpted from the full file history of U.S. Patent No. 6,463,052 | JA0351 – 357 |
| 4 | U.S. Patent No. 6,298,064 | JA0358 - 387 |
| 5 | U.S. Patent No. 6,330,224 | JA0388 - 420 |
| 6 | U.S. Patent No. 6,452,932 | JA0421- 442 |
| 7 | U.S. Patent No. 6,463,052 | JA0443 - 469 |
| 8 | U.S. Patent No. 6,473,429 | JA0470 - 499 |
| 9 | U.S. Patent No. 6,633,561 | JA0500 - 524 |
| 10 | U.S. Patent No. 7,286,561 | JA0525 - 546 |