**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COX COMMUNICATIONS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-487-SLR |
| | ) | |
| SPRINT COMMUNICATIONS | ) | |
| COMPANY L.P., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that, on June 13, 2017, copies of the (1) Expert Report of Scott

Bradner Regarding the Invalidity of U.S. Patents Nos. 6,452,932, 6,463,052, 6,633,561 and

7,286,561; (2) Supplemental Expert Report of Paul S. Min, Ph.D.; and (3) Expert Report Of Dr.

Kevin Almeroth on Invalidity of U.S. Patent Nos. 6,452,932, 6,463,052, 6,633,561, 7,286,561,

6,298,064 and 6,473,429 were served on the following counsel via electronic means:

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Aaron Hankel
B. Trent Webb
Ryan Schletzbaum
Bart Starr
Lynn Herndon
Ryan D. Dykal
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
ahankel@shb.com
bwebb@shb.com
rschletzbaum@shb.com
bstarr@shb.com

lherndon@shb.com
rdykal@shb.com

Robert Reckers
Matthew C. Braddus
Jared M. Tong
Shook, Hardy & Bacon LLP
JPMorgan Chase Tower
600 Travis Street, Suite 1600
Houston, TX 77002
rreckers@shb.com
mbroaddus@shb.com
jtong@shb.com

Dated:  June 14, 2017                    PHILLIPS, GOLDMAN MCLAUGHLIN &
                                         HALL, P.A.

                                         */s/ David A. Bilson*_____
                                         John C. Phillips, Jr. (#110)
                                         David A. Bilson (#4986)
                                         1200 North Broom Street
                                         Wilmington, DE 19806
                                         (302) 655-4200
                                         jcp@pgmhlaw.com
                                         dab@pgmhlaw.com

                                         *Attorneys for Plaintiffs*

2