## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COX COMMUNICATIONS, INC., et al. | |
| *Plaintiff/Counterclaim-Defendants,* | Civ. A. No. 1:12-487-SLR |
| v. | **JURY TRIAL DEMANDED** |
| SPRINT COMMUNICATIONS COMPANY L.P., et al.; | |
| *Defendant/Counterclaim-Plaintiffs.* | |

## <u>NOTICE OF DEPOSITION</u>

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 and District of Delaware Local Rule 30.1, Counterclaim-Plaintiffs, Sprint Communications Company, L.P., and Sprint Spectrum, L.P. (collectively "Sprint"), will take the deposition of **Kevin Almeroth** before a notary public or other officer authorized to administer oaths and record testimony. The deposition will take place on **Monday**, **July 17, 2017** beginning at 9:00 a.m., at the offices of Winston & Strawn, LLP, 35 W Wacker Drive, Chicago, IL 60601, or at such other time and location mutually agreed to by the parties. The testimony will be recorded by stenographic means.

Dated: July 12, 2017

_____/s/ Richard K. Herrmann_____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**ATTORNEYS FOR SPRINT**

OF COUNSEL:

Aaron Hankel (*pro hac vice*)
B. Trent Webb (*pro hac vice*)
Ryan Dykal (*pro hac vice*)
Jordan T. Bergsten (*pro hac vice*)
Lauren E. Douville (*pro hac vice*)
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550
F: 816.421.5547

Robert Reckers (*pro hac vice*)
SHOOK, HARDY & BACON LLP
JPMorgan Chase Tower
600 Travis Street
Suite 1600
Houston, Texas 77002-2992
T: 713.227.8008
F: 713.227.9508