IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COX COMMUNICATIONS INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 12-487-JFB |
| ) | |
| SPRINT COMMUNICATIONS ) | |
| COMPANY L.P., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having reviewed the parties' joint submission with respect to narrowing the number of asserted patent claims[1] and prior art references (D.I. 650),

**IT IS HEREBY ORDERED** that the prior art references shall be narrowed as follows:

1. No later than October 23, 2017, for each claim asserted by Defendant Sprint Communications Company LP ("Defendant"), Plaintiff Cox Communications Inc. ("Plaintiff") shall identify to Defendant no more than two (2) prior art combinations that may be used for arguing obviousness. A "prior art combination" shall be defined as it was in *Greatbatch Ltd. v. AVX Corp.*, Civil Action No. 13-723-LPS, (D.I. 368 at 2 at ¶ 2), (D. Del. July 28, 2015). (*See also* D.I. 650 at 3 n.2)

2. With regard to the dispute over the number of documents that may be used to describe Plaintiff's two primary system references for purposes of arguing anticipation, (D.I. 650 at 1–3 & n.1), the Court declines to limit the number of these documents at this time.

---

[1] According to the parties, Sprint narrowed its infringement case to 15 claims from as many as seven patents on October 13, 2017. (D.I. 650 at 2–3; D.I. 587 at 1 at ¶ 1)

Dated: October 16, 2017

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE