## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., *et al.*,<br><br>      Plaintiffs,<br><br> v.<br><br>COX COMMUNICATIONS INC., *et al.*,<br><br>      Defendants | Civ. No. 12-487 JFB |

## **STIPULATION AND PROPOSED ORDER FOR DISMISSAL**

WHEREAS, Plaintiffs Sprint Communications Company L.P., *et al.* ("Sprint") and Defendants Cox Communications Inc., *et al.* ("Cox") have entered into a Settlement Agreement resolving all claims in the above captioned action;

NOW THEREFORE, Sprint and Cox hereby stipulate, by and through their respective counsel, as follows:

1. This action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a);

2. Each party will bear its own costs and attorneys' fees.

Dated: December 6, 2017

/s/ David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS GOLDMAN MCLAUGHLIN &
HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

***Attorneys for Defendant Cox***

OF COUNSEL:

WINSTON & STRAWN LLP
Michael L. Brody
James Winn
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
David S. Bloch
101 California Street
San Francisco, California 94111
(415) 591-1452

Pejman F. Sharifi
Krishnan Padmanabhan
200 Park Avenue
New York, New York 10166
(212) 294-6700

/s/ Kenneth L. Dorsney
Richard K. Herrmann (#405)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
kdorsney@morrisjames.com

***Attorneys For Plaintiff Sprint***

OF COUNSEL:

SHOOK, HARDY & BACON LLP
Aaron Hankel (D KS Reg. No. 78458)
B. Trent Webb (KS No. 15965)
John D. Garretson (D KS Reg. No. 78465)
Ryan Dykal (pro hac vice)
Jordan T. Bergsten (pro hac vice)
Ryan J. Schletzbaum (pro hac vice)
Mark D. Schafer (pro hac vice)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550

Robert Reckers (pro hac vice)
Michael W. Gray (pro hac vice)
David W. Morehan (pro hac vice)
SHOOK, HARDY & BACON LLP
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2992
T: 713.227.8008

SO ORDERED this __ day of _____ 2017.

_____
Senior United States District Judge